| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 75.108.216.162 | 1/22/14 03:00:56 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Suddenlink Communications | Humble | Harris |
| 2 | 98.194.25.209 | 1/19/14 05:12:46 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Houston | Harris |
| 3 | 50.175.96.79 | 1/19/14 12:53:21 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Humble | Harris |
| 4 | 98.197.125.177 | 1/12/14 01:28:45 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Houston | Harris |
| 5 | 98.197.192.93 | 1/10/14 03:58:19 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Houston | Harris |
| 6 | 50.175.183.186 | 1/9/14 10:08:52 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Stafford | Fort Bend |
| 7 | 98.198.125.253 | 1/7/14 06:30:46 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Houston | Harris |
| 8 | 50.175.134.159 | 1/6/14 05:46:37 PM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Spring | Harris |
| 9 | 50.162.120.206 | 1/6/14 05:57:16 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Houston | Harris |
| 10 | 98.197.238.55 | 1/6/14 04:44:47 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Missouri City | Fort Bend |
| 11 | 98.200.248.66 | 1/6/14 04:08:14 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Pasadena | Harris |
| 12 | 98.200.10.13 | 1/6/14 01:48:15 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Spring | Harris |
| 13 | 76.30.107.22 | 1/5/14 09:39:10 PM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Sugar Land | Fort Bend |
| 14 | 98.196.69.127 | 1/5/14 04:57:34 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Richmond | Fort Bend |
| 15 | 98.200.108.130 | 1/5/14 12:31:01 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Houston | Harris |
| 16 | 98.196.75.154 | 1/4/14 11:59:56 PM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Richmond | Fort Bend |
| 17 | 68.116.223.132 | 1/4/14 11:37:29 PM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Charter Communications | Spring | Harris |
| 18 | 98.198.219.82 | 1/4/14 07:04:42 PM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | League City | Galveston |
| 19 | 98.196.159.106 | 1/4/14 05:15:34 PM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Spring | Harris |
| 20 | 98.196.63.22 | 1/4/14 04:49:18 PM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Missouri City | Fort Bend |
| 21 | 98.201.37.74 | 1/4/14 04:27:18 PM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Baytown | Chambers |
| 22 | 98.201.149.23 | 1/4/14 06:32:06 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Houston | Harris |
| 23 | 98.201.110.231 | 1/4/14 05:54:39 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Houston | Harris |
| 24 | 98.194.60.188 | 1/4/14 04:56:20 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Channelview | Harris |
| 25 | 98.201.50.19 | 1/4/14 04:07:40 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Baytown | Chambers |
| 26 | 76.30.105.187 | 1/4/14 04:04:07 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Sugar Land | Fort Bend |
| 27 | 74.193.17.62 | 1/4/14 03:58:32 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Suddenlink Communications | Conroe | Montgomery |
| 28 | 76.31.233.60 | 1/4/14 03:36:32 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Sugar Land | Fort Bend |
| 29 | 98.195.71.6 | 1/4/14 03:15:22 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Houston | Harris |
| 30 | 98.196.220.70 | 1/4/14 02:19:41 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Pasadena | Harris |
| 31 | 50.175.10.157 | 1/4/14 02:02:24 AM | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Houston | Harris |

Exhibit B