### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC | ) |
| | ) |
| | ) Case: No.  14-cv-248 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does 1-31, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON PLAINTIFF'S FIRST MOTION TO RESCHEDULE
## INITIAL PRETRIAL AND SCHEDULING CONFERENCE
## AND FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE
## DOE DEFENDANTS WITH A SUMMONS AND COMPLAINT

**THIS CAUSE** came before the Court upon Plaintiff's Motion for entry of an order to reschedule the Initial Pretrial and Scheduling Conference set for May 7, 2014, and for an extension of time within which Plaintiff has to serve Defendants with a Summons and Complaint, and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. The time within which Plaintiff must serve a Defendant with a Summons and Complaint is extended to August 3, 2014.

2. The Initial Pretrial and Scheduling Conference set for May 7, 2014 is rescheduled to
September 4, 2014            .

**DONE AND ORDERED** this _16th_ day of _April_, 2014.

By _Frances H. Stacy_