# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 14-cv-00248 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 1-31, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE #31, OWNER OF IP ADDRESS 50.175.10.157

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 31, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 50.175.10.157.

DATED: June 6, 2014                         Respectfully submitted,

Dallas Buyers Club, LLC,

By:    s/ Keith A. Vogt
       Keith A. Vogt (Bar No. 6207971)
       Takiguchi & Vogt, LLP
       1415 W. 22nd Street, Tower Floor
       Oak Brook, Illinois 60523
       (630) 974-5707
       Attorney for Plaintiff