# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC,   )   | |
| ) | |
| ) | Case No.: 14-cv-00248 |
| Plaintiff,   ) | |
| ) | |
| v.   ) | |
| ) | |
| 1-31,   ) | |
| ) | |
| Defendants.   ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE #22, OWNER OF IP ADDRESS 98.201.149.23

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 22, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.201.149.23.

DATED:  June 5, 2014  Respectfully submitted,

Dallas Buyers Club, LLC,

By:  s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Takiguchi & Vogt, LLP
1415 W. 22nd Street, Tower Floor
Oak Brook, Illinois 60523
(630) 974-5707
Attorney for Plaintiff