UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:14-CV-00248 |
| § | |
| DOES 1-31, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Dismissal filed on June 5, 2014 (Doc. 13) Defendant #31 (IP address 50.175.10.157) is DISMISSED with prejudice. All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 9th day of June, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE