UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DALLAS BUYER'S CLUB, LLC | § | CASE NO |
| | § | |
| V. | § | |
| | § | 14-cv-00248 |
| DOES 1-13 | § | |
| Defendants | § | |

**DEFENDANT'S ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Comfort Kanu, Defendant in the above-styled and numbered cause of action, and files this Defendant's Original Answer to Plaintiff's Original Petition , and in support hereof shows the court the following:

I

Defendant enters a general denial.

II

Defendant prays that Petitioner take nothing and that Defendant be granted all relief requested in this Original Answer.

Defendant prays for general relief.

Comfort Kanu
618-Paradise River Drive
Missouri City, Texas 77459
Defendant, Pro Se

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on __7/3/14__, the foregoing Defendant's Original Answer was filed with the Clerk of Court which sent notification to all counsel of record.

                                              Comfort Kanu
                                              Defendant, Pro Se