IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 4:14-cv-00248 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-31, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
DOE #9, OWNER OF IP ADDRESS 50.162.120.206**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #9, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 50.162.120.206.

DATED:  July 22, 2014                      Respectfully submitted,

                                           Dallas Buyers Club, LLC,

                                   By:     s/ Keith A. Vogt
                                           Keith A. Vogt (Bar No. 6207971)
                                           Takiguchi & Vogt, LLP
                                           1415 W. 22nd Street, Tower Floor
                                           Oak Brook, Illinois 60523
                                           (630) 974-5707
                                           Attorney for Plaintiff