## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 4:14-cv-00248 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES 1-31, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
### DOE #28, ANTHONY DAMIANO, OWNER OF IP ADDRESS 76.31.233.60

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant Anthony Damiano identified in Plaintiff's Complaint as DOE # 28, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 76.31.233.60.

DATED: August 14, 2014

Respectfully submitted,

Dallas Buyers Club, LLC,

s/Daniel R. Kirshbaum, P.C.
Daniel R. Kirshbaum
Texas Bar No. 11533000
4900 Woodway, Suite 600
Houston, Texas 77056
(832) 617-5683-ofc
(713) 208-7709-cell
(832) 266-0282-fax

s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Takiguchi& Vogt, LLP
1415 West 22nd Street, Tower Floor
Oakbrook, IL 60523
(630) 974-5707
KVogt@takiguchiandvogt.com

Attorneys for Plaintiff