# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 4:14-cv-00248 |
| | ) |
| v. | ) |
| | ) |
| DOES 1-31, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DOE #15, OWNER OF IP ADDRESS 98.200.108.130

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE #15, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.200.108.130.

DATED: August 15, 2014

Respectfully submitted,

Dallas Buyers Club, LLC,

By: s/Daniel R. Kirshbaum, P.C.
Daniel R. Kirshbaum
Texas Bar No. 11533000
4900 Woodway, Suite 600
Houston, Texas 77056
(832) 617-5683-ofc
(713) 208-7709-cell
(832) 266-0282-fax

s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Takiguchi & Vogt, LLP
1415 West 22nd Street, Tower Floor
Oakbrook, IL 60523
(630) 974-5707
KVogt@takiguchiandvogt.com

Attorneys for Plaintiff