IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Dallas Buyers Club, LLC | ) |
| | ) |
| | ) Case: No. 14-cv-248 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does 1-31, | ) |
| | ) |
| Defendants. | ) |

**RULE 26(f) REPORT**

Plaintiff Dallas Buyers Club, LLC, through its undersigned counsel, submits this report and plan for the Court's consideration.

1. **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.** Plaintiff's counsel has attempted to contact Defendants, Comfort Kanu and Jim Dennison, via phone, e-mail and mail. Neither has responded.

2. **List the cases related to this one that are pending in any state or federal court with the case number and court.** The following pending cases in this Judicial District are related: 14-cv-815, 14-cv-2119, 14-cv-2120, 14-cv-2121, 14-cv-2124, 14-cv-2217, 14-cv-2219, and 14-cv-2220.

3. **Specify the allegation of federal jurisdiction.** The Copyright Laws of the United States (17 U.S.C. §101 et seq.).

4. **Name the parties who disagree and the reasons.** None.

5.  **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.** None.

6.  **List anticipated interventions**. None.

7.  **Describe class−action issues.** None.

8.  **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.** Initial disclosures have not ben exchanged. Plaintiff will conduct the exchange after one or both defendants appear.

9.  **Describe the proposed agreed discovery plan, including:**

    A.  **Responses to all the matters raised in Rule 26(f).** None.

    B.  **When and to whom the plaintiff anticipates it may send interrogatories.** Jim Dennison and Comfort Kanu.

    C.  **When and to whom the defendant anticipates it may send interrogatories.** Unknown

    D.  **Whom and by when the plaintiff anticipates taking oral depositions.** By December 4, 2014, Plaintiff expects to complete fact discovery including the depositions of both defendants.

E.  **Whom and by when the defendant anticipates taking oral depositions**. Unknown.

F.  **List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).** Unknown, however, Plaintiff proposes completing expert discovery by March 7, 2015.

G.  **List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule26(a)(2)(B) (export report).** Unknown.

10. **If the parties are not agreed on a part of the discovery plan, describe the separate view and proposals of each party.** Plaintiff proposes completing fact discovery by December 5, 1014 and completing expert discovery by March 7, 2015.

11. **Specify the discovery beyond initial disclosures that has been undertaken to date.** None.

12. **State the date the planned discovery can reasonably be completed.** Plaintiff proposes that fact discovery closes by December 5, 1014 and expert discovery closes by March 7, 2015.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.** Plaintiff believes

that a settlement conference with the parties may have a high likelihood of resolving the matter.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.** Plaintiff has made several attempts to contact the defendants in writing to resolve the matter.

15. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.** Plaintiff is amenable to any alternative methods that would conserve the resources of the parties and the Court.

16. **Magistrate judges may now hear jury and non−jury trials. Indicate the parties' joint position on a trial before a magistrate judge.** Plaintiff consents to having the matter resolved by a magistrate judge.

17. **State whether a jury demand has been made and if it was made on time.** Plaintiff included a jury demand in the complaint, which was filed on February 3, 2013.

18. **Specify the number of hours it will take to present the evidence in this case.** At this time, Plaintiff expects it will take 14 hours to present evidence.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.** None.

**20.**    **List other motions pending.** None.

**21.**    **Indicate other matters peculiar to this case, including discovery that deserve the special attention of the court at the conference.** None.

**22.**    **List the names, bar numbers, addresses, and telephone numbers of all counsel.** Daniel R. Kirshbaum (Texas Bar No. 11533000) and Keith A. Vogt (Bar No. 6207971)

DATED: August 22, 2014                     Respectfully submitted,

Dallas Buyers Club, LLC,

By:    s/Daniel R. Kirshbaum, P.C.
Daniel R. Kirshbaum
Texas Bar No. 11533000
4900 Woodway, Suite 600
Houston, Texas 77056
(832) 617-5683-ofc
(713) 208-7709-cell
(832) 266-0282-fax

s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Takiguchi & Vogt, LLP
1415 West 22nd Street
Tower Floor
Oakbrook, IL 60523
(630) 974-5707
KVogt@takiguchiandvogt.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 22, 2014, a copy of the foregoing was filed electronically and via e-mail on Comfort Kanu (comikanu@yahoo.com) and Jim Denison (jimswayne@aol.com).

DATED: August 22, 2014

                                              s/ Keith A. Vogt
                                              Keith A. Vogt (Bar No. 6207971)
                                              Takiguchi & Vogt, LLP
                                              1415 West 22nd Street
                                              Tower Floor
                                              Oakbrook, IL 60523
                                              (630) 974-5707
                                              KVogt@takiguchiandvogt.com

                                              Attorneys for Plaintiff